# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# ALEXANDRIA DIVISION

| | |
|---|---|
| **CLARENCE SINGLETON** | **CIVIL DOCKET NO. 1:22-CV-01651** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **ACTING WARDEN HUMPHREY** | **MAGISTRATE JUDGE JOSEPH H. L. PEREZ-MONTES** |

## JUDGMENT

For the reasons stated in the REPORT AND RECOMMENDATION of the Magistrate Judge previously filed herein [Doc. 6], and after a de novo review of the record, including Petitioner's OBJECTION TO REPORT AND RECOMMENDATION [Doc. 7], having determined that the findings and recommendation are correct under the applicable law;

IT IS HEREBY ORDERED that the PETITION FOR WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241 [Doc. 1] is DISMISSED for lack of jurisdiction, WITH PREJUDICE as to the jurisdictional issue, and WITHOUT PREJUDICE as to the merits of Petitioner's claim.

THUS, DONE AND SIGNED in Chambers on this 26th day of September 2022.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE